UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SONNY PERDUE, et al.,<br><br>Defendants. | No. 1:20-cv-01452-DAD-JLT<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. No. 3) |

On October 13, 2020, plaintiffs United Farm Workers and UFW Foundation (collectively, "plaintiffs") filed a motion for a temporary restraining order in this action. (Doc. No. 3.) Therein, plaintiffs seek an order restraining defendant United States Department of Agriculture ("USDA") from implementing its September 30, 2020 decision to discontinue the Farm Labor Survey and cease publication of the Farm Labor Report. (*Id.* at 30) (citing *Notice of Revision to the Agricultural Labor Survey and Farm Labor Reports by Suspending Data Collection for October 2020*, 85 Fed. Reg. 61719 (Sept. 30, 2020)).

In a Certificate of Counsel Pursuant to Local Rule 231(c)(5) attached to the pending motion, plaintiffs' counsel Joseph Gooch states that he, attorney Mark Selwyn and attorney Derek Woodman (collectively, "plaintiffs' counsel"), contacted the United States Attorney's Office for the Eastern District of California via telephone and electronic mail on October 13, 2020 to inform

defendants of plaintiffs' intention to file the pending motion. (Doc. No. 3-35 at ¶ 4.) Attorney Gooch further states that Assistant U.S. Attorney Edward Olsen confirmed receipt of the notice by electronic mail. (*Id.*) Additionally, attorney Gooch states that on October 13, 2020, or as soon thereafter as possible, plaintiffs intend to send via electronic mail the following documents to Assistant U.S. Attorneys Edward Olsen and Pamela Beauvais and Brian Mizoguchi, Assistant General Counsel in the USDA's Office of General Counsel: (1) the complaint; (2) summons; (3) the pending motion for a temporary restraining order, (4) declarations in support of the pending motion; (5) exhibits in support of pending motion; and (6) a proposed order granting the pending motion. (*Id.* at ¶ 6.) Finally, attorney Gooch states that plaintiffs will inform defendants of the date and time for the hearing on the pending motion as soon as one is established by the court. (*Id.* at ¶ 7.) On October 14, 2020, the summons pertaining to defendants William Northey, Sonny Perdue, and the USDA (collectively, "defendants") were issued. (*See* Doc. Nos. 4, 5.)

Accordingly, defendants will be provided with an opportunity to file a response to plaintiffs' motion for a temporary restraining order by 12:00 p.m. PST on October 19, 2020. A hearing on plaintiffs' motion will be held on October 20, 2020 at 10:30 a.m. PST before District Judge Dale A. Drozd. The parties must appear by video. The undersigned's Courtroom Deputy Jami Thorp (jthorp@caed.uscourts.gov) will email the parties with log-in information before the hearing.

IT IS SO ORDERED.

Dated: **October 14, 2020**

UNITED STATES DISTRICT JUDGE

2