**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED FARM WORKERS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SONNY PERDUE, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01452 DAD JLT<br><br>ORDER GRANTING THE STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br><br>(Doc. 46) |

The parties have stipulated to continue the scheduling conference to allow sufficient time for the defendants to respond to the complaint (Doc. 46). Thus, the Court **ORDERS** the scheduling conference is CONTINUED to February 10, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **December 22, 2020**               **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE