Mark Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERIC WOMACK
Assistant Branch Director
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-2356
Fax: (202) 616-8470
Email: Michael.J.Gaffney@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SONNY PERDUE, in his official capacity as the Secretary of the United States Department of Agriculture, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:20-CV-01452-DAD-JLT<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>(Doc 54) |

IT IS HEREBY STIPULATED, by and between the parties and subject to the Court's approval, that the deadline to respond to Plaintiffs' Complaint, ECF 1, shall be extended by forty-five (45) days from January 15, 2021 to March 1, 2021.  The reasons for this Stipulation are as follows:

1. On October 13, 2020, Plaintiffs filed their Complaint.  ECF 1.

2. Plaintiffs timely served the United States Attorney's Office in the Eastern District of California in Fresno, California with, *inter alia*, the Complaint and civil summons via registered mail on October 19, 2020.  ECF 29 at 1, 29-2 at 10.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(2) and in the absence of an extension, Defendants "must serve an answer to a complaint . . . within 60 days after service on the United States attorney."  The initial deadline for responding to Plaintiffs' Complaint was therefore December 18, 2020.

4. On December 17, 2020, pursuant to Local Rule 144(a), the parties filed a stipulation for a 28-day extension.  ECF 45.  The deadline was therefore extended from December 18, 2020 to January 15, 2021.

5. On January 8, 2021, Defendants requested that Plaintiffs stipulate to an additional extension of the deadline to respond to Plaintiffs' Complaint.  Defendants requested an extension in light of the ongoing TRO and preliminary injunction, as well as recent developments in this and related litigation.  Plaintiffs have stipulated to the requested 45-day extension.

6. USDA's statistical arm, the National Agricultural Statistics Service, has indicated that it intends to publish the FLR previously scheduled for November 2020 on or about February 11, 2021.  *See* NASS, *Publications – Reports by Date (February 2021)*, https://www.nass.usda.gov/Publications/Calendar/reports_by_date.php?view=c&month=02&year=2021.  NASS has also indicated that it intends to perform the next FLS as scheduled in April 2021 and release the next FLR on May 26, 2021.  *See* NASS, *Publications – Reports by Date (May 2021)*, https://www.nass.usda.gov/Publications/Calendar/reports_by_date.php?view=c&month=05&year=2021.

The Parties therefore stipulate, subject to the Court's approval, that the deadline to respond to Plaintiffs' Complaint, ECF 1, shall be extended from January 15, 2021 to March 1, 2021.

Dated: January 13, 2021

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERIC WOMACK
Assistant Branch Director

By: /s/ *Michael J. Gaffney*
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

Dated: January 13, 2021      By: /s/ *Mark Selwyn*   (authorized 01/13/21)
MARK SELWYN (SBN 244180)
Wilmer Cutler Pickering Hale and Dorr LLP

*Attorney for Plaintiffs*

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the deadline to respond to Plaintiffs' Complaint, ECF 1, shall be extended from January 15, 2021 to March 1, 2021.

IT IS SO ORDERED.

Dated:   **January 13, 2021**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE