# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., | Case No.: 1:20-cv-01452 DAD JLT |
| Plaintiffs, | ORDER GRANTING SECOND STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE |
| v. | |
| SONNY PERDUE, et al., | (Doc. 56) |
| Defendants. | |

The parties have stipulated again to continue the scheduling conference to again allow the defendants more time to respond to the complaint (Doc. 56). Thus, the Court **ORDERS** the scheduling conference is CONTINUED to March 17, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **January 27, 2021**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE