Mark Selwyn (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real
Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

*Attorney for Plaintiffs*

MICHAEL D. GRANSTON
Deputy Assistant Attorney General
ERIC WOMACK
Assistant Branch Director
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC  20005
Tel: (202) 514-2356
Email: Michael.J.Gaffney@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED FARM WORKERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. VILSACK,[1] in his official capacity as the Secretary of the United States Department of Agriculture, *et al.*,<br><br>Defendants. | Case No. 1:20-CV-01452-DAD-JLT<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES**<br><br>(Doc. 59) |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary Thomas J. Vilsack has been automatically substituted for former Acting Secretary Kevin Shea.

IT IS HEREBY STIPULATED, by and between the parties and subject to the Court's approval, that the deadline to respond to Plaintiffs' Complaint, ECF 1, shall be extended by thirty (30) days from March 1, 2021 to March 31, 2021, and that the scheduling conference currently scheduled for March 17, 2021 be removed from the calendar.  The reasons for this Stipulation are as follows:

1. On October 13, 2020, Plaintiffs filed their Complaint.  ECF 1.

2. Plaintiffs timely served the United States Attorney's Office in the Eastern District of California in Fresno, California with, *inter alia*, the Complaint and civil summons via registered mail on October 19, 2020.  ECF 29 at 1, 29-2 at 10.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(2) and in the absence of an extension, Defendants "must serve an answer to a complaint . . . within 60 days after service on the United States attorney."  The initial deadline for responding to Plaintiffs' Complaint was therefore December 18, 2020.

4. On December 17, 2020, pursuant to Local Rule 144(a), the parties filed a stipulation for a 28-day extension.  ECF 45.  On January 14, 2021, the Court granted the parties' stipulation for an additional 45-day extension.  ECF 55.  The current deadline for Defendants to respond to Plaintiffs' complaint is therefore March 1, 2021.

5. On February 11, 2021, USDA's National Agricultural Statistics Service published the FLR that had previously been scheduled for November 2020.  *See* NASS, Farm Labor Report, February 11, 2021, https://downloads.usda.library.cornell.edu/usda-esmis/files/x920fw89s/f7624565c/2v23wn12m/fmla0221.pdf.  NASS has also indicated that it intends to perform the next FLS as scheduled in April 2021 and release the next FLR on May 26, 2021.  *See* NASS, *Publications – Reports by Date (May 2021)*, https://www.nass.usda.gov/Publications/Calendar/reports_by_date.php?view=c&month=05&year=2021.

6. The parties therefore agree that this litigation is now moot.  The parties request an additional thirty (30) days to prepare a stipulation of dismissal.

7. The parties further agree that the scheduling conference currently set for March 17, 2021 be removed from the calendar.  The parties do not anticipate discovery or trial in this matter.

The Parties therefore stipulate, subject to the Court's approval, that the deadline to respond to Plaintiffs' Complaint, ECF 1, shall be extended from March 1, 2021 to March 31, 2021, and that the scheduling conference currently scheduled for March 17, 2021 be removed from the calendar.

| | | | |
|---|---|---|---|
| 1 | Dated: February 26, 2021 | | MICHAEL D. GRANSTON |
| 2 | | | Deputy Assistant Attorney General |
| | | | ERIC WOMACK |
| 3 | | | Assistant Branch Director |
| 4 | | By: | /s/ *Michael J. Gaffney* |
| | | | MICHAEL J. GAFFNEY (D.C. Bar No. 1048531) |
| 5 | | | Trial Attorney |
| | | | United States Department of Justice |
| 6 | | | Civil Division, Federal Programs Branch |
| 7 | | | *Attorneys for Defendants* |
| 8 | Dated: February 26, 2021 | By: | /s/ *Mark Selwyn*   (authorized 02/26/2021) |
| | | | MARK SELWYN (SBN 244180) |
| 9 | | | Wilmer Cutler Pickering Hale and Dorr LLP |
| 10 | | | *Attorney for Plaintiff*s |

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the deadline to respond to Plaintiffs' Complaint, ECF 1, shall be extended from March 1, 2021 to March 31, 2021 and that the Scheduling Conference currently scheduled for March 17, 2021 shall be removed from the calendar.

The stipulated dismissal SHALL be filed no later than March 31, 2021.

IT IS SO ORDERED.

Dated:   **February 26, 2021**                **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE