# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FARM WORKERS, et al., ) | Case No.: 1:20-cv-01452 DAD JLT |
| Plaintiffs, ) | ORDER CLOSING THE CASE |
| v. ) | (Doc. 56) |
| SONNY PERDUE, et al., ) | |
| Defendants. ) | |

The parties have stipulated to the action being dismissed without prejudice. (Doc. 56) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **March 26, 2021**         /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE